# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**MAGISTRATE REFERRAL**

CIVIL ACTION NO.  4:20cv896

Moates

v.

Facebook Inc. et al.

Pursuant to a Standing Order, certain civil suits are referred at the time of the filing equally among magistrate judges.   Therefore, the above-entitled action has been referred to:

Magistrate Judge  Johnson