UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS



**FILED**
NOV 19 2020
Clerk, U.S. District Court
Eastern District of Texas

Michael Moates
(Plaintiff)

vs

Facebook Inc
(Defendant)

Case No. _____

## MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Michael Moates,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff _____

Address 2700 Colorado Blvd
#1526
Denton, TX 76201

Phone 817-999-7534

Date 19 Nov 20

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES \_\_\_\_\_ NO X

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $_____ per month

   Employer _____

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $ 3200 per month

   Employer Self employed via Facebook

2. Is your spouse presently employed? YES \_\_\_\_\_ NO \_\_\_\_\_ N/A

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer _____

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment? YES  X    NO _____

   (b) Rent payment, interest or dividends? YES _____ NO  X

   (c) Pensions, annuities, or life insurance payment? YES _____ NO  X

   (d) Gifts or inheritances? YES _____ NO  X

   (e) Any other sources? YES _____ NO  X

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   Self employed via Facebook

4. How much cash do you and your spouse have? $ 2200 .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   2200 - Wood Forest

6. List the assets and the values which you or your spouse own.  Do not list clothing and ordinary household furnishings.

   Home Address _____

   Value of Home _____

   Motor Vehicle #1 Make, Year, Model  2019 Kia Soul

   Value of Motor Vehicle #1  8600 - Financed

3

Motor Vehicle #2 Make, Year, Model _____

Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____    NO __X__

If the answer is "YES", describe the property and state its approximate value.

_____

_____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____    NO _____    N/A

If yes, describe below or on an attached sheet.

_____

_____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment __700__

Utilities (electricity, heating fuel, water, sewer, and phone) __175__

Home maintenance (repairs and upkeep) __0__

Food __350__

4

Clothing  125

Laundry and dry-cleaning  25

Medical and dental expenses  500

Transportation (not including motor vehicle payments)  0

Recreation, entertainment, newspapers, magazines, etc.  50

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance _____

    Motor vehicle insurance  Progressive 125

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle  239

    Credit card  50

    Department store credit card  0

    Other installment payments  250 - student loans

Alimony, maintenance and support paid to others  0

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement)  150

Other expenses _____

5

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

Lost all income due to case filed

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant