# Exhibit A

FACEBOOK
Search for ads by keyword or advertiser name
Log In
Michael Moates
Page has been deleted
Total spent by Page on ads about social issues, elections or politics
May 7, 2018 - Nov 22, 2020
United States
$9,941
See spend details
Recently spent by Page on ads about social issues, elections or politics
7 days • Nov 16 - Nov 22, 2020
United States
$0
DC Chronicle News
Page has been deleted
Total spent by Page on ads about social issues, elections or politics
May 7, 2018 - Nov 22, 2020
United States
$605
See spend details
Recently spent by Page on ads about social issues, elections or politics
7 days • Nov 16 - Nov 22, 2020
United States
$0

