# Exhibit B

Header

Hi Michael,

We found that **DC Chronicle News** didn't follow our Community Standards. It's against our standards to mislead people or Facebook by things like:

- Misrepresenting your Page's identity or purpose
- Using multiple Facebook accounts or sharing accounts between multiple people
- Creating new accounts or taking other actions to avoid restrictions on posting, commenting or sharing too much
- Making it difficult to know your content's origin or making your content seem more popular than it is

We may unpublish, restrict or reduce the distribution of your Page if it goes against these or any of our other Community Standards again. These standards are in place to help keep Facebook safe for everyone.

View Community Standards

Thanks,
The Facebook Team

This message was sent to michael.moates@thenarrativetimes.org

Header

Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025