# Exhibit D

facebook Log Out

**Your Account Has Been Disabled**

For more information please visit the Help Center.

Your account was disabled on Oct 20, 2020. If you think your account was disabled by mistake you can submit more information via the Help Center for up to 30 days after your account was disabled. After that, your account will be permanently disabled and you will no longer be able to request a review.

Go To Help Center

English (US) Español Français (France) 中文(简体) العربية Português (Brasil) 한국어 Italiano Deutsch हिन्दी 日本語 +

Sign Up Log In Messenger Facebook Lite Watch People Pages Page Categories Places Games Locations Marketplace Facebook Pay Groups Jobs Oculus Portal Instagram Local Fundraisers Services Voting Information Center About Create Ad Create Page Developers Careers Privacy Cookies Ad Choices Terms Help

Facebook © 2020

