1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E

1

**Carolyn Everson** <carolyn@fb.com>                                 Wed, Oct 21, 6:18 AM   ☆   ↰   ⋮
to Meghan, Conrad, me  ▾

2

Hi

Looking into it as we speak.  Meg, my business lead and Conrad will be on this as well.

3

So sorry this happened—hoping for some resolution.

C

4

⋯⋯

5

**Conrad Gibson** <cfg@fb.com>                                       Wed, Oct 21, 6:31 AM   ☆   ↰   ⋮
to me  ▾

6

Carolyn and Meg to BCC

7

Hi Michael, I'll get started on this right away. Can you please advise the email address that was associated with the disabled Facebook account?

Cheers,
Conrad

8

**Conrad Gibson**
Global Business Group

9

225 Park Avenue South, 10th floor, New York, NY 10003
Facebook | Mobile +1.901.485.2634 | Email cfg@fb.com

10

On Oct 21, 2020, at 7:18 AM, Carolyn Everson <carolyn@fb.com> wrote:

11

⋯⋯

12

**Conrad Gibson** <cfg@fb.com>                                       Wed, Oct 21, 8:47 AM   ☆   ↰   ⋮
to me  ▾

13

Thanks, Michael! I'll be in touch once I have an update from the account team.

14

Conrad Gibson
Global Business Group

15

225 Park Avenue South, 10th floor, New York, NY 10003
Facebook | Mobile +1.901.485.2634 | Email cfg@fb.com

16

FACEBOOK

⋯⋯

17

18

**Conrad Gibson** <cfg@fb.com>                                       Wed, Oct 21, 4:51 PM   ☆   ↰   ⋮
to me  ▾

Carolyn and Meg to BCC

19

Hi Michael! No updates just yet, but I can assure you the team is working on this and I'll revert back as soon as I have additional information.

20

Cheers,
Conrad

21

Conrad Gibson
Global Business Group

22

225 Park Avenue South, 10th floor, New York, NY 10003
Facebook | Mobile +1.901.485.2634 | Email cfg@fb.com

23

FACEBOOK

24

25

26

27

28

COMPLAINT AND REQUEST FOR PUNITIVE DAMAGES, AND
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

- 21 -

1

**Conrad Gibson** <cfg@fb.com>                                                    Fri, Oct 23, 11:22 AM  ☆  ↩  ⋮
to Meghan, me, Carolyn ▾

2      Hi Michael,

3      Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts that

4      you wanted to access. They provided me with the following  information on how to request data from a closed account:

5      "He can learn about what kinds of data are available to him, and how to access it, via the following links. If he is still having issues accessing his data, he can also contact us through these links and we'd be happy to assist further:

6        https://www.facebook.com/help/contact/180237885820953
        https://help.instagram.com/contact/505535973176353 '

7      Also attached is a screenshot showing the steps he can take to request data for the accounts using the links above."

8      Again, I am so sorry this happened to your accounts. If there is anything else please let me know.

9      Cheers,
       Conrad

10     Conrad Gibson
       Executive Assistant to Carolyn Everson | Global Business Group

11     ⋯

12

13

14

15     **Conrad Gibson** <cfg@fb.com>                                                    Oct 23, 2020, 2:02 PM  ☆  ↩  ⋮
to me ▾

16     Hi Michael,

17     I am checking on a new link as well as your second question. I'll circle back with an update ASAP.
       ⋯

18     **Conrad Gibson** <cfg@fb.com>                                                    Oct 24, 2020, 9:39 AM  ☆  ↩  ⋮
to Meghan, Carolyn, me, Conrad ▾

19     Hi Michael,

20     Apologies, these links below are active (the original link had a space on the end that was directing you to the error page):

21       • FB Link: https://www.facebook.com/help/contact/180237885820953
         • IG Link: https://help.instagram.com/contact/505535973176353

22     Regarding an appeal, information should have been emailed to the email address associated with the accounts with instructions to appeal this decision. You can also find that information here as well:   Help Center resources  . Apologies again, but I was not given any specific information as to why the account was disabled as they do not share this information to protect user privacy.

23     Cheers,
       Conrad

24     Conrad Gibson
       Executive Assistant to Carolyn Everson | Global Business Group

25     225 Park Avenue South, 10th floor, New York, NY 10003
       Facebook | Mobile +1.901.485.2634 | Email cfg@fb.com

26     FACEBOOK

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Conrad Gibson <cfg@fb.com>
to me, Meghan, Carolyn ▾

Oct 24, 2020, 11:45 AM

Sorry about that, Michael. The information in the help center will have the same information that would have been in the email. You can find it here:   Help Center resources   .

Got it.    No worries.    Thank you!

↩ Reply     ↩ Reply all     ➡ Forward

COMPLAINT AND REQUEST FOR PUNITIVE DAMAGES, AND
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)

- 23 -