# Exhibit F

> **Fidji Simo** <fidji.simo@fb.com>    Fri, Oct 23, 1:01 PM
> to Priya, me
>
> Hi Michael,
> I want to look into why that happened -- can you give me the email address that was associated with the account that was disabled? And ideally, do you also have the Ad Account ID and the URL to the Page of your charity? Priya will follow up.
> Thanks!

> **Priya Monga** <priyamonga@fb.com>    Fri, Oct 23, 1:19 PM
> to me, Fidji
>
> Thanks Michael. Will have some more info shortly - thanks for your patience here!

[ No problem! ] [ Any updates? ] [ Sounds good. ]

[← Reply] [← Reply all] [→ Forward]