# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL MOATES, individually and on behalf of DC CHRONICLE,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No.: 4:20-cv-896-ALM-KPJ |
| **FACEBOOK INC.,** *et al.*, | § § § | |
| **Defendants.** | § § | |

## ORDER

On November 30, 2020, the Court entered an Order (Dkt. 7), wherein it granted Plaintiff Michael Moates' ("Plaintiff") Motion to Proceed In Forma Pauperis (Dkt. 3) and ordered the Clerk of the Court to serve Defendants a copy of Plaintiff's Amended Complaint (Dkt. 5), Motion for Temporary Restraining Order (Dkt. 6), and the Order (Dkt. 7). To provide further clarity,

**IT IS HEREBY ORDERED** that Plaintiff shall prepare service of process on the named Defendants in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas. Plaintiff shall prepare service of process no later than fourteen (14) days after receiving this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue process and the United States Marshall shall serve process upon the Defendants. The Clerk of the Court and United States Marshall shall also ensure Defendants are served with a copy of Plaintiff's Motion for Temporary Restraining Order (Dkt. 6) and the Court's Order (Dkt. 7).

**IT IS FURTHER ORDERED** that the failure by Plaintiff to comply with the orders contained herein shall result in dismissal of this lawsuit.

**So ORDERED and SIGNED this 2nd day of December, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE