# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL MOATES, individually and on behalf of DC CHRONICLE,,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., FACEBOOK PAYMENTS, INC, MARK ZUCKERBERG, as Chief Executive Officer, SHERYL SANDBERG, as Chief Operating Officer,<br><br>　　　　　　　Defendants. | Case No. 4:20-CV-00896 |

**<u>DECLARATION OF JENNY PRICER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

I, Jenny Pricer, of full age, hereby declare as follows:

1. For the above-captioned matter, I submit this declaration in support of Defendants Facebook, Inc., Facebook Payments, Inc., Mark Zuckerberg, and Sharyl Sandberg's Response to Plaintiff's Emergency Motion. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could do so competently under oath.

2. I am a Case Manager in the Legal Department at Facebook.

3. Facebook has retained account data for Plaintiff Michael Moates's known Facebook and Instagram accounts. Facebook will retain that account data for the duration of this litigation. This retained data is sufficient for purposes of reactivating Plaintiff's allegedly deactivated accounts, should Facebook be required to do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day in December, 2020 in Menlo Park, California.

Dated:  December 11, 2020

By:  */s/ Jenny Pricer*<br>Jenny Pricer

1