**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL MOATES, individually and on behalf of DC CHRONICLE,<br><br>*Plaintiffs,*<br>v.<br><br>FACEBOOK, INC., FACEBOOK PAYMENTS, INC, MARK ZUCKERBERG, as Chief Executive Officer, SHERYL SANDBERG, as Chief Operating Officer,<br><br>*Defendants.* | Civil Action No. 4:20-cv-00896-ALM-KPJ |

**ORDER DENYING
<u>PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

On this day the Court considered Plaintiff's Emergency Motion for Temporary Restraining Order. After careful consideration, the Court concludes that the motion lacks merit and should be denied. It is, therefore

ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. #6) is DENIED.