**FILED**
DEC 16 2020
Clerk, U.S. District Court
Eastern District of Texas

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Mr. Michael Moates, individually and on behalf of DC Chronicle, a 501(c)3 non-profit charity organization

Plaintiffs,

v.

Facebook Inc., Facebook Payments Inc, Mark Zuckerberg, as Chief Executive Officer, Sheryl Sandberg, as Chief Operating Officer

Defendants.

Case No.: 4:20-cv-00896-ALM-KP

### MOTION TO RECONSDER ORDER ON DC CHRONICLE AS A PLAINTIFF

1. On December 15, 2020, Judge Johnson issued an order stating that due to precedent set by Rowland v. California Men's Colony, DC Chronicle could not be a plaintiff in the lawsuit. This claim is based on the Defendants Response to the Plaintiff's Emergency Motion for Temporary Restraining Order. The claim that DC Chronicle is a corporation is false. DC Chronicle was filed as a Limited Liability Company in the State of Texas[1]. It is important to note that while Limited Liability Companies have similar powers to "corporations" they are not in fact corporations. We respectfully agree and submit that Rowland v. California Men's Colony says ""the lower courts have uniformly held that 28 U.S.C. § 1654 . . . does not allow corporations, partnerships, or associations to appear in federal court otherwise than by licensed counsel" but that DC Chronicle is none of these. DC Chronicle is a 501(C)3 non-profit charity organization limited liability company.

---

[1] https://mycpa.cpa.state.tx.us/coa/coaSearchBtn - Texas Taxpayer # 32069122086

2. Absent, the request above given the court's statement in the order saying "[T]he appropriate measure for a judge to take when confronted with an unrepresented corporation is inherently discretionary" we would ask the court to consider a couple of different options.

   a. Allowing the Plaintiffs to submit another amended complaint removing DC Chronicle from the lawsuit.
   b. The court dropping DC Chronicle from the lawsuit.
   c. Allowing a motion to drop DC Chronicle from the lawsuit.

   The reason behind making this request is for a couple of reasons. To start, the court approved the Plaintiffs Motion to for Leave to Proceed in Forma Pauperis. Dkt 3. Having to refile the lawsuit and request this again would cause the US Marshall's to need to reserve the Defendants at a cost. In addition, the Plaintiffs and Defendants have already discussed dropping certain individuals from the lawsuit and a motion will soon be filed to that effect. As the court stated in its order "[T]he appropriate measure for a judge to take when confronted with an unrepresented corporation is inherently discretionary", the court could allow at its discretion an amended complaint. FRCP Rule 15 says "Amending as a Matter of Course. A party may amend its pleading once as a matter of course within: Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

3. The Plaintiffs also ask the court to note that in accordance with the above citation from the Federal Rules of Civil Procedure it is our intention to request that the Defendants allow us to file an amended complaint.

/s/ Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76201

(817)999-7534

- 3 -