**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL MOATES, individually and on behalf of DC CHRONICLE,<br><br>                     *Plaintiffs,*<br>   v.<br><br>FACEBOOK, INC., FACEBOOK PAYMENTS, INC, MARK ZUCKERBERG, as Chief Executive Officer, SHERYL SANDBERG, as Chief Operating Officer,<br><br>                     *Defendants.* | Civil Action No. 4:20-cv-00896-ALM-KPJ |

**ORDER GRANTING
<u>STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT</u>**

On this day the Court considered the Stipulated Motion for Leave to File Second Amended Complaint. After consideration, the motion is GRANTED.

Plaintiff, Michael Moates, is hereby granted leave to file a second amended complaint that does not include DC Chronicle as a plaintiff and does not include Facebook Payments, Inc., Mark Zuckerberg, or Sheryl Sandberg as defendants. Said second amended complaint shall be filed on or before January 4, 2021, and Facebook, Inc. shall respond to it on or before February 3, 2021.