# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, individually and on behalf of DC CHRONICLE, <br><br> *Plaintiffs,* <br><br> v. <br><br> FACEBOOK, INC., FACEBOOK PAYMENTS, INC, MARK ZUCKERBERG, as Chief Executive Officer, SHERYL SANDBERG, as Chief Operating Officer, <br><br> *Defendants.* | Civil Action No. 4:20-cv-00896-ALM-KPJ |

## **DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Facebook, Inc. hereby certifies that Facebook, Inc. is a publicly traded company, it has no parent corporation, and, to its knowledge, no publicly held corporation owns 10% or more of its stock as of the date of Facebook's April 10, 2020 Proxy Statement.

Dated:  December 21, 2020

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar Number 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone:  903 597-8311
Facsimile:  903 593-0846

ATTORNEY FOR FACEBOOK, INC.,
FACEBOOK PAYMENTS, INC.,
MARK ZUCKERBERG, and
SHERYL SANDBERG

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5. Service outside the court's electronic-filing system has been completed on December 21, 2020 as follows:

| | |
|---|---|
| Michael Moates | Certified Mail – Return Receipt Requested |
| 2700 Colorado Blvd. #1526 | and email to: michael.moates@thenarrativetimes.org |
| Denton, TX  76201 | michaelsmoates@gmail.com |
| PLAINTIFF, *pro se* | |

                                                */s/ E. Glenn Thames, Jr.*
                                                E. Glenn Thames, Jr.