**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **MICHAEL MOATES, individually and on behalf of DC CHRONICLE,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No.: 4:20-cv-896-ALM-KPJ |
| **FACEBOOK INC.,** *et al.*, | § § § | |
| **Defendants.** | § § | |

## ORDER

On December 15, 2020, the Court entered an Order (Dkt. 12), wherein the Court informed Plaintiff Michael Moates ("Moates") that co-Plaintiff DC Chronicle ("DC Chronicle") cannot proceed in this action *pro se*. The Court granted Moates thirty (30) days to retain counsel for DC Chronicle and directed Moates to inform the Court of any counsel retained. *See* Dkt. 12.

On December 16, 2020, Plaintiffs filed a Motion for Reconsideration (Dkt. 13), wherein Plaintiffs requested the Court consider the following options: allowing Plaintiffs to submit a Second Amended Complaint that removes DC Chronicle from the lawsuit, "the [C]ourt dropping DC Chronicle from the lawsuit," or permitting a motion that requests dropping DC Chronicle from the lawsuit.

On December 18, 2020, the parties filed a Stipulated Motion for Leave to File Second Amended Complaint (the "Motion for Leave") (Dkt. 15), wherein the parties represent they agree to the following: Moates shall file a Second Amended Complaint against Defendant Facebook, Inc. ("Facebook") on or before January 4, 2021; Facebook will waive service of the Second Amended Complaint; the Second Amended Complaint will not name Facebook Payments, Inc., Mark Zuckerberg, or Sheryl Sandberg as Defendants; the Second Amended Complaint will not

1

name DC Chronicle as a Plaintiff; and Facebook shall respond to Plaintiff's Second Amended Complaint by February 3, 2021. Upon consideration, the Court finds the parties' Motion for Leave (Dkt. 15) is hereby **GRANTED** and Plaintiff's Motion for Reconsideration (Dkt. 13) is hereby **DENIED AS MOOT**.

**IT IS ORDERED** that Plaintiff shall file a Second Amended Complaint consistent with the terms in the Motion for Leave (Dkt. 15) no later than **January 4, 2021**.

**IT IS FURTHER ORDERED** that Facebook shall file an answer or otherwise responsive pleading no later than **February 3, 2021**.

So ORDERED and SIGNED this 21st day of December, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE