1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## List of Exhibits

Exhibit A – Proof of Advertising

Exhibit B – Email from Facebook on Community Standards

Exhibit C – Email from Facebook Saying "account in good standing"

Exhibit D – Proof of Disabled Facebook Account

Exhibit E – Proof of Disabled Instagram Account

Exhibit F – Emails from Michael Moates to Carolyn Everson – Vice President, and Response from Everson, Conrad Gibson (where Meghan Orbe was included)

Exhibit G – Email from Facebook Re-Conrad Gibson stating, **"The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service."**

Exhibit H – Email from Michael Moates to Fidji Simo (Head of Facebook) and Response from Simo, and Priya

Exhibit I – Receipt Showing Facebook Charged Moates for Audience They Disabled 1 Week Prior

Exhibit J – Broken Contact Form

Exhibit K – Proof of Shareholder status – Showing evidence of shares

Exhibit L – Proof of Grand Jury Subpoena

Exhibit M – Proof of Active Groups as of 26 December 2020 after Plaintiff account disabled

Exhibit O – Proof of that Facebook allows targeting based on mental disability or disorders

Exhibit P – Proof ending authorization of automatic debts and subsequent charge and attempted charges without consent

Exhibit Q – E-Mail from Lisa-Bart Dolan, Manager Politics and Government

Exhibit R – Proof of Facebook 14 day waiting period to delete pages

Exhibit S – Copy of Complaint, Statement of Facts Surrounding Facebook Anti-trust violations (FTC v Facebook)

Exhibit T – Copy of Complaint, Statement of Facts Surrounding Facebook Anti-trust violations (State of New York, et al v Facebook)

Exhibit U – Copy of Complaint, United States v Facebook alleging privacy violations