**Exhibit A**

49

FACEBOOK Log in

Michael Moates

Page has been deleted

Total spent by Page on ads about social issues, elections or politics

May 7, 2018 - Nov 22, 2020

United States

**$9,941**

See spend details

Recently spent by Page on ads about social issues, elections or politics

7 days • Nov 16 - Nov 22, 2020

United States

**$0**

DC Chronicle News

Page has been deleted

Total spent by Page on ads about social issues, elections or politics

May 7, 2018 - Nov 22, 2020

United States

**$605**

See spend details

Recently spent by Page on ads about social issues, elections or politics

7 days • Nov 16 - Nov 22, 2020

United States

**$0**

