1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit B**

51

1

2                                                     ⬚Header

3

4

5

6      Hi Michael,

7      We found that **DC Chronicle News** didn't follow our Community
       Standards. It's against our standards to mislead people or Facebook by
8      things like:

9
           • Misrepresenting your Page's identity or purpose
10         • Using multiple Facebook accounts or sharing accounts between
11           multiple people
           • Creating new accounts or taking other actions to avoid
12            restrictions on posting, commenting or sharing too much
13         • Making it difficult to know your content's origin or making your
              content seem more popular than it is
14
15     We may unpublish, restrict or reduce the distribution of your Page if it
       goes against these or any of our other Community Standards again.
16     These standards are in place to help keep Facebook safe for everyone.

17     <u>View Community Standards</u>

18
       Thanks,
19     The Facebook Team

20

21

22
                  This message was sent to michael.moates@thenarrativetimes.org
23

24                                                     ⬚Header

25       **Facebook** Inc.  Attention  Community **Support**, 1 **Facebook** Way, Menlo Park  CA 94025

26

27

28

                                             52