**Exhibit D**

facebook | Log Out

**Your Account Has Been Disabled**

For more information please visit the Help Center.

Your account was disabled on Oct 20, 2020. If you think your account was disabled by mistake you can submit more information via the Help Center for up to 30 days after your account was disabled. After that, your account will be permanently disabled and you will no longer be able to request a review.

Go To Help Center

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  한국어  Italiano  Deutsch  हिन्दी  日本語  +

Sign Up  Log In  Messenger  Facebook Lite  Watch  People  Pages  Page Categories  Places  Games  Locations  Marketplace  Facebook Pay  Groups  Jobs  Oculus  Portal  Instagram  Local  Fundraisers  Services  Voting Information Center  About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Ad Choices  Terms  Help

Facebook © 2020