**Exhibit E**

Instagram                                  Log Into Another Account

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Thanks for Providing Your Info**

We'll review your info and if we can confirm it, you'll be able to request a review in the Help Center within approximately 24 hours.

[Done]