**Exhibit H**

**Request for Comment**
5 messages

**Michael Moates** <michael.moates@thenarrativetimes.org>  Fri, Oct 23, 2020 at 12:52 PM
To: fidji.simo@fb.com

Fidji,

I wanted to reach out to give you an opportunity to give me a comment for an op-ed I'm writing. I have spoken with a mainstream media source who is going to pick this up and I feel that it's only justified that I talk with you guys first.

My Facebook account was disabled this week without warning or explanation. I was charged $1500 by FB the night before and have spent nearly $10k during the pandemic. FB cut off not only me but my non-profit charity which helps college students who want to learn about journalism to get published.

Last week, I got a warning from FB and I emailed support through the media support panel and was told that I was "in good standing" and that this seemed to be a bug. It seems as though it was not a bug.

My last post was about Jesus. I don't post anything vulgar or violent.

Like I said I am writing up an op-ed to get published by this source and also have an interview scheduled. I am also exploring options for litigation. Facebook took my livelihood, my memories, and they destroyed any hope these students have of getting published / getting internship credits this late in the semester.

I will drop everything if we can get this fixed. I would rather have this fixed then create a storm.

Do you want to comment or help?

Thanks,

Michael

**Fidji Simo** <fidji.simo@fb.com>  Fri, Oct 23, 2020 at 1:00 PM
To: Michael Moates <michael.moates@thenarrativetimes.org>
Cc: Priya Monga <priyamonga@fb.com>

Hi Michael,

I want to look into why that happened -- can you give me the email address that was associated with the account that was disabled? And ideally, do you also have the Ad Account ID and the URL to the Page of your charity? Priya will follow up.

Thanks!

[Quoted text hidden]

**Michael Moates** <michael.moates@thenarrativetimes.org>  Fri, Oct 23, 2020 at 1:04 PM
To: Fidji Simo <fidji.simo@fb.com>
Cc: Priya Monga <priyamonga@fb.com>

Sure!

It's Michael.moates@thenarrativetimes.org.

It's my entire account including my Instagram and all my Facebook pages.

Thank you so much!

Sent from my iPhone

> On Oct 23, 2020, at 1:01 PM, Fidji Simo <fidji.simo@fb.com> wrote:
>
> [text hidden]

**Michael Moates** <michael.moates@thenarrativetimes.org>  Fri, Oct 23, 2020 at 1:06 PM
To: Fidji Simo <fidji.simo@fb.com>
Cc: Priya Monga <priyamonga@fb.com>

Just to clarify I don't have access to my ad account number anymore but I can see based on the ad library that I've spent close to 10k.

My profile is:

https://www.facebook.com/realmichaelmoates

My Instagram is:

HTTPS://www.instagram.com/michaelsmoates

Sent from my iPhone

> On Oct 23, 2020, at 1:01 PM, Fidji Simo <fidji.simo@fb.com> wrote:
>
> Hi Michael,
> [text hidden]

**Priya Monga** <priyamonga@fb.com>  Fri, Oct 23, 2020 at 1:19 PM
To: Michael Moates <michael.moates@thenarrativetimes.org>, Fidji Simo <fidji.simo@fb.com>

Thanks Michael. Will have some more info shortly - thanks for your patience here!

[Quoted text hidden]