1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit I**



**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

**Facebook Ads Team** <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

Summary

**$1,404.85 USD**

**You made this manual payment.**

**Oct 1, 2020, 12:00 AM - Oct 9, 2020, 11:59 PM**

**Facebook Ads**

**Visa*7979**

**KD3B8X2CK2**

| | | |
|---|---|---|
| Misc Freedom - .10 | 13,331 | $1,026.25 |
| Conservative Engagement - .10 | 1,064 | $98.54 |
| DJT, GOP, Moderate - .10 | 3,284 | $280.06 |
| | | $1,404.85 |
| | | $1,404.85 |

Transaction ID: 4365553970215662-6413448

Thanks,
The Facebook Ads Team

Manage Your Ads

See Full Receipt

1 Facebook Way, Menlo Park, CA 94025

**Facebook Ads Team** <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

Summary

**$73.22 USD**

**You made this manual payment.**

**Oct 9, 2020, 7:30 AM - Oct 10, 2020, 1:00 PM**

**Facebook Ads**

**Visa*7979**

**OD3B8X2CK2**

| | | |
|---|---|---|
| Misc Freedom - .10 | 609 | $55.46 |
| DJT, GOP, Moderate - .10 | 129 | $11.77 |
| Conservative Engagement - .10 | 65 | $5.99 |
| | | $73.22 |
| | | $73.22 |

M Gmail

**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sun, Oct 18, 2020 at 11:38 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

AMOUNT BILLED
**$1,421.00 USD**

PAYMENT ACTION
You made this manual payment.

DATE RANGE
Oct 9, 2020, 12:00 AM - Oct 18, 2020, 11:38 PM

PRODUCT TYPE
**Facebook Ads**

PAYMENT METHOD
**Visa*7979**

REFERENCE NUMBER
**P65L7XJCK2**

| CAMPAIGN | IMPRESSIONS | AMOUNT |
|---|---|---|
| Misc Freedom - .10 | 11,600 | $1,048.42 |
| DJT, GOP, Moderate - .10 | 2,531 | $231.96 |
| Conservative Engagement - .10 | 1,543 | $140.62 |
| Campaign Total | | $1,421.00 |
| Total | | $1,421.00 |

Transaction ID: 3363147850466295-6454878

Thanks,
The Facebook Ads Team

Manage Your Ads    See Full Receipt

1 Facebook Way, Menlo Park, CA 94025

71