**Exhibit J**

facebook

This page isn't available
The link you followed may be broken, or the page may have been removed.