1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit K**

Closed Positions    Manage Dividends                                                                                                    Beta view

**Overview**   Dividend View   Fund Performance                                        AS OF 12/22/2020 5:11 PM ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| FB FACEBOOK INC-CLASS A | $267.09 -$5.70 | -$3.44 -0.64% | -$3.44 -0.64% | $534.18 | 53.60% | 2 | $537.62 $268.81 / Share | $137.10 ◆ $304.67 |
| Pending Activity |  |  |  | $462.38 |  |  |  |  |
| **Account Total** |  | -$3.44 -0.34% | -$3.44 -0.64% | **$996.56** |  |  |  |  |

75