**Exhibit L**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

Michael Moates

Re: Grand Jury Subpoena:

  Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury. The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party. While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

  If you intend to disclose the existence of this Grand Jury Subpoena request to a third party, please let me know before making any such disclosure.

  Thank you for your cooperation in this matter.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By: *Robert B. Sobelman* (signature)
Robert B. Sobelman
Assistant United States Attorney
(212) 637-2616

77

1
2  Grand Jury Subpoena

3  # United States District Court
   ## SOUTHERN DISTRICT OF NEW YORK
4

5  TO:  Michael Moates

6
7
   **GREETINGS:**
8  WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before
   the GRAND JURY of the people of the United States for the Southern District of New York, at the United States
9  Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the
   Southern District of New York, at the following date, time and place:
10
   Appearance Date:    September 17, 2020          Appearance Time:   10:00 a.m.
11
   to testify and give evidence in regard to an alleged violation of:
12
   18 U.S.C. §§ 1341, 1343, 1349, 1956, 1957
13
   and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you
14 bring with you and produce at the above time and place the following:

15 **Please see attached rider.**

16

17 Failure to attend and produce any items hereby demanded will constitute contempt of court and will
   subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.
18
   DATED:  New York, New York
19         August 31, 2020

20 *Audrey Strauss /RBS*
   AUDREY STRAUSS
21 *Acting United States Attorney for the*
   *Southern District of New York*
22 *Robert B. Sobelman*
   Robert B. Sobelman
23 Assistant United States Attorney
   One St. Andrew's Plaza
24 New York, New York 10007
   Telephone:  212-637-2616
25 Email: robert.sobelman@usdoj.gov

                                                                              rev. 02.01.12
26
27
28

**RIDER**
(Grand Jury Subpoena to Michael Moates, dated August 31, 2020)
Ref. No. 2019R01097

**Advice of Rights**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

**Instructions and Definitions:**

1. This subpoena calls for the production of categories of documents, records, correspondence, and other written and electronic material, as specified below, in your possession, custody or control. This subpoena covers all responsive documents wherever they may be found, including on computers, email accounts, iCloud accounts, servers, cellphones, and other personal electronic devices, whether in the United States or any foreign jurisdiction.

2. "Documents" refers to any and all documents and records, in whatever form kept, including, but not limited to, writings, emails, text messages, messages sent through "apps" or social media accounts, drawings, graphs, charts, calendar entries, photographs, audio or visual recordings, images, and other data or data compilations, and includes materials on both paper and electronic form.

3. [redacted]

4. [redacted]

5. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved. Any documents withheld on grounds of privilege must be specifically identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.

**Materials to be Produced:**

1. 

\*\* **Please provide records in electronic format if possible.** \*\*

In lieu of an appearance you may comply with this subpoena by providing the requested information, along with a business records certification pursuant to Fed. R. Evid. 803(6) to Postal Inspector Troy A. Pittenger, United States Postal Inspection Service, tapittenger@uspis.gov, 212-330-2459

**IMPORTANT: REQUEST FOR NON-DISCLOSURE**
**Due to the ongoing nature of the investigation, it is requested that you do not disclose any information relating to this grand jury subpoena to any third party.**