**Exhibit M**

