**Exhibit N**

Advertisers Who Uploaded a Contact List With Your Information

AdjustPro Solutions

Adult Swim

Aetna Better Health

Appleseed's

Audi Omaha

B/R Gridiron

Bakers

Baxter Auto

Baylor St. Luke's Medical Group

Ben & Jerry's

Bilotta Kitchens

Bleacher Report

Carnation Breakfast Essentials

Cartoon Network

CenterPoint Energy

City Market

CNN

CNN Business

CNN Heroes

CNN Sport