**Exhibit O**

Edit Audience
Select the location, age, gender and interests of people you want to reach with your ad.
Gender
All
Men
Women
Age
18
65+
Locations
Locations
Type to add more locations
United States
United States + 25 mi
Detailed Targeting
Detailed Targeting
anxiety
Browse
For adv
Anxiety UK
Interests
Anxiety and Depression Association of America
Interests
High Anxiety
Interests
Specific
Broad
Cancel

Edit Audience
Age
18
65+
Locations
Locations
Type to add more locations
United States
United States + 25 mi
Drop Pin
EUROPE
North Atlantic
Detailed Targeting
Detailed Targeting
seasonal affe
Browse
Seasonal affective disorder
Interests
For adv
Potential Reach: 190,000,000 people
Your audience selection is fairly broad.
Specific
Broad
Cancel