**Exhibit P**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Michael Moates** <michael.moates@thenarrativetimes.org>   Tue, Dec 1, 6:09 PM
to Paven

Counselor,

I just wanted to give you an update. Today the court issued an order requiring the Clerk of the Court to serve Facebook. So the waiver is not required. I am also going to ask your client to stop all automatic attempts at chargin me until the deposition of this case. Please let me know if you have any questions or need documentation.

Thanks!

...

6:39

◀ Search

< **Credit Builder Transactions**

Available to Spend                          $2.62

Friday, December 4th

[$]   Facebk U4 Luayjck2                   -$4.11
      2:14 AM

Chime <alerts@account.chime.com>
to me

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $223.36 at Facebk Yzyz9 Yeck2.

Transfer funds to your Credit Builder secured account to increase your spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 Chime. All rights reserved.
PO Box 417, San Francisco, CA 94104

Please do not reply to this email. The account isn't monitored, and we don't want to miss hearing from you.

The **Chime** Credit Builder Secured Account is held by Stride Bank, N.A., Member FDIC. The **Chime** Credit Builder Visa® Credit Card is issued by Stride Bank, N.A. pursuant to a license from Visa U.S.A. Inc. and may be used everywhere Visa credit cards are accepted.

This email was sent to you because you have a Chime account.

Your card was declined   Inbox ×

Chime <alerts@account.chime.com>   Wed, Dec 9, 2:15 AM
to me

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $173.19 at Facebk J3 Fztx2 Dk2.

Transfer funds to your Credit Builder secured account to increase your spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 **Chime** All rights reserved
PO Box 417 San Francisco, CA 94104

Please do not reply to this email. This account isn't monitored, and we don't want to miss hearing from you.

The **Chime** Credit Builder Secured Account is held by Stride Bank, N.A., Member FDIC. The **Chime** Credit Builder Visa® Credit Card is issued by Stride Bank, N.A., pursuant to a license from Visa U.S.A. Inc. and may be used everywhere Visa credit cards are accepted.

You received this email because you have a **Chime** account.

91