**Exhibit R**

st in Multiple Languages — Ability to write posts in multiple languages is turned off

**Delete Page?**

If you delete your Page, you will still be able to restore it within 14 days. After that, you will be asked to confirm that you want to permanently delete it.

Are you sure you want to begin the process of deleting this page?

**Delete Page** Cancel

rge Pages — Merge duplicate Pages

move Page — Deleting your Page means that nobody will be able to se