IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:20-cv-896-ALM-KPJ |
| | § | |
| FACEBOOK INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

**IT IS HEREBY ORDERED** that the hearing for Plaintiff Michael Moates' ("Plaintiff") Emergency Motion for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Be Issued (Dkt. 6), previously set for January 6, 2021, at 1:00 p.m., is hereby **RESET** to **January 13, 2021, at 2:00 p.m.**, and the parties shall appear by videoconference. The Court refers the parties to the Court's Standing Order Regarding Scheduled Hearings by Telephone or Videoconference in Civil Cases.[1] The Court provides access to the videoconference through the following URL:

https://join.uc.uscourts.gov/invited.sf?secret=jr2wxnz9JgpHNZu.DiFqNg&id=290278421

Participants are directed to access the videoconference no later than 1:55 p.m.

So ORDERED and SIGNED this 30th day of December, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Available at http://www.txed.uscourts.gov/?q=judge/magistrate-judge-kimberly-priest-johnson.