## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE**: 1/13/2021

| **UNITED STATES MAGISTRATE JUDGE** | **COURT REPORTER:** VIDEO RECORDING - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Jane Amerson |
| Michael Moates  v.  Facebook, et al | **CASE NO.**   4:20cv0896 ALM/KPJ |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| Michael Moates, Pro Se Plaintiff | Christopher C. Kearney, Earl G. Thames, W. Hamilton Jordan |

On this day a Video Hearing re: Plaintiff's Motion for TRO (Dkt. 6) was held in Plano, Texas:

**OPEN:** 2:03 p.m.                            **ADJOURN:** 3:03 p.m.

| TIME: | MINUTES: |
|---|---|
| 2:03 | Case Called Appearances made |
| 2:04 | Court addresses issue of Plaintiff representing company D.C. Chronicles – Mr. Moates filed Second Amended Complaint no longer naming company as a party – Mr. Moates confirms moving forward with TRO and Preliminary Injunction with questions from the Court |
| 2:13 | Confirmation by defense counsel Hamilton Jordan that information has been preserved |
| 2:14 | Accounts at issue – Facebook Michael Moates; Facebook Messenger Michael Moates; Crowd Tangle Michael Moates; Oculus Account Michael Moates; WhatsApp Account tied to phone number |
| 2:16 | Argument from Mr. Moates re: substantially likely to be successful on the merits of the case as to the Sherman Act and irreparable harm – with questions from the Court regarding evidence submitted in the complaints |
| 2:24 | Argument from Mr. Moates re: Irreparable harm with questions from the Court regarding specific information |
| 2:31 | Argument from Mr. Moates regarding Grand Jury Subpoena/Investigation with questions from the Court |
| 2:35 | Response from defendant's counsel, Hamilton Jordan with questions from the court |

| 2:48 | Reply by Mr. Moates |
|------|---------------------|
| 2:55 | Mr. Moates Oral Motion to be able to file electronically – will take under advisement |
| 2:57 | Court informs the parties of procedural issue pretrial referral vs. consent cases – are the parties willing to consent for Judge Johnson for purposes of injunctive relief – with response from defendant's counsel and Mr. Moates |
| 3:03 | Adjourned |
|      |           |

**DAVID A. O'TOOLE, CLERK**

BY:     Jane Amerson
        Courtroom Deputy Clerk