# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES,<br><br>                     Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>                     Defendant. | Case No. 4:20-CV-00896-ALM-KPJ |

**ORDER GRANTING**
**DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**

Before the Court is Defendant Facebook, Inc.'s Motion to Dismiss. After careful consideration, the motion is GRANTED. Plaintiff's Second Amended Complaint is DISMISSED in its entirety for failure to state a claim. Plaintiff shall not be permitted leave to amend his pleading as amendment would be futile. It is, therefore,

ORDERED that this action is DISMISSED WITH PREJUDICE.