# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 4:20-CV-00896-ALM-KPJ |

### ORDER GRANTING DEFENDANT FACEBOOK, INC.'S
### MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Before the Court is Defendant Facebook, Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). After careful consideration, the motion is GRANTED. It is, therefore,

ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of California.