**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

FILED

FEB 04 2021

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| Mr. Michael Moates | Case No.: 4:20-cv-00896 |
| Plaintiff | |
| v. | **NOTICE REGARDING** |
| Facebook Inc. | **READINESS FOR STATUS** |
| Defendant | **CONFERENCE** |

Pursuant to "STANDING ORDER REGARDING READINESS FOR STATUS CONFERENCE," the Plaintiff herby notifies the court that the Defendant has filed a Motion to Dismiss and Motion to Transfer Venue. The case is ready for scheduling conference.

Pending Motions before the court:

    Oral Motion for Electronic Filing

    Motion to Dismiss

    Motion to Transfer Venue

    Motion for Oral Arguments

Very Respectfully,

Michael Moates

2700 Colorado Boulevard #1526 Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org