IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, <br><br> *Plaintiff,* <br><br> v. <br><br> FACEBOOK, INC., <br><br> *Defendant.* | Civil Action No. 4:20-cv-00896-ALM-KPJ |

### DEFENDANT FACEBOOK, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Defendant Facebook, Inc. does not oppose Plaintiff's request for oral argument, but defers to the Court's sound discretion with regard to whether oral argument is appropriate or would benefit the Court.

In attempting to persuade the Court to grant oral argument, Plaintiff makes several arguments that clearly belong in his responses to Defendant's pending motions. In this regard, Defendant assumes that the instant motion is limited to the relief requested, namely oral argument, and does not constitute Plaintiff's response to either Defendant's Motion to Dismiss or Defendant's Motion to Transfer Venue. Therefore, Defendant will wait for Plaintiff to file his responses to the pending motions to dismiss and transfer and then address all of Plaintiff's substantive arguments in Defendant's replies, not here.

Accordingly, Defendant neither opposes nor joins in Plaintiff's request for oral argument on Defendant's pending motions.

Dated:  February 8, 2021

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar Number 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone:  903 597-8311
Facsimile:  903 593-0846

KEKER, VAN NEST & PETERS LLP
Christopher C. Kearney - # 154101
ckearney@keker.com
W. Hamilton Jordan - # 295004
wjordan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

ATTORNEYS FOR DEFENDANT
FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5. Service outside the court's electronic-filing system has been completed on February 8, 2021, per the Plaintiff's consent to electronic service, as follows:

Michael Moates at the following email addresses:
michael.moates@thenarrativetimes.org
michaelsmoates@gmail.com

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.