**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

MICHAEL MOATES,

*Plaintiff,*

v.

FACEBOOK, INC.,

*Defendant.*

Civil Action No. 4:20-cv-00896-ALM-KPJ

**ORDER ON
PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON
DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**

Pending before the Court is Plaintiff's Motion for Oral Argument on Defendant's Motion
to Dismiss and Motion to Transfer Venue. After careful consideration, Plaintiff's motion is
GRANTED DENIED.