IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, <br><br> *Plaintiff,* <br><br> v. <br><br> FACEBOOK, INC., <br><br> *Defendant.* | Civil Action No. 4:20-cv-00896-ALM-KPJ |

**ORDER GRANTING
AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND
REPLIES TO FACEBOOK INC.'S MOTION TO DISMISS [DKT. 28] AND FACEBOOK
INC.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A) [DKT. 29]**

Pending before the Court is the Agreed Motion for Extension of Time to File Responses and Replies to Facebook Inc.'s Motion to Dismiss [Dkt. 28] and Facebook Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [Dkt. 29]. After careful consideration, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file responses to Facebook Inc.'s Motion to Dismiss [Dkt. 28] and Facebook Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [Dkt. 29] is extended to March 3, 2021.

IT IS FURTHER ORDERED that Defendant's deadline to file replies to Plaintiff's responses to Facebook Inc.'s Motion to Dismiss [Dkt. 28] and Facebook Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [Dkt. 29] is extended to March 17, 2021.