IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 4:20-cv-896-ALM-KPJ |
| FACEBOOK INC., | § § § | |
| Defendant. | § § § | |

### ORDER

Pending before the Court is the parties' Agreed Motion for Extension of Time to File Responses and Replies to Facebook Inc.'s Motion to Dismiss [Dkt. 28] and Facebook Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(A) [Dkt. 29] (the "Motion") (Dkt. 33). Plaintiff Michael Moates ("Plaintiff") requests that his deadline to file a response to Defendant Facebook Inc.'s ("Facebook") Motion to Dismiss (Dkt. 28) and Motion to Transfer (Dkt. 29) (collectively, "Facebook's Motions") be extended to March 3, 2021. *See* Dkt. 33. Facebook requests that its deadline to file a reply be extended to March 17, 2021. Upon consideration, the Court finds the Motion (Dkt. 33) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to file a response to Facebook's Motions (Dkts. 28, 29) is hereby extended to **March 3, 2021**.

**IT IS FURTHER ORDERED** that Facebook's deadline to file a reply in support of its Motions (Dkts. 28, 29) is hereby extended to **March 17, 2021**.

So ORDERED and SIGNED this 17th day of February, 2021.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE