# EXHIBIT B

## PROOF OF MULTIPLE HOSPITALIZATION

# Visit Summary

for 8b3081d6-6b13-417d-8248-9274ac90bb81
OID: 1.3.6.1.4.1.22812.40

## Patient Info

**Patient Name**
MICHAEL MOATES

**Patient Identifiers**
N42152
OID: 2.16.840.1.113883.3.1110.6.1.37.1.8.1

**Patient Contact**

REDACTED PERSONAL IDENTIFYING INFORMATION

+1-(817)999-7534

REDACTED PERSONAL IDENTIFYING INFORMATION

**Sex**
Male

**Preferred Language**
en

**Race**
White

**Ethnicity**
Not Hispanic or Latino

## Related Visits

**CARE TEAM SEEN**

| | | |
|---|---|---|
| **No Primary Or Family Physician**<br>performer (primary care physician) | **Physician No Primary Or Family**<br>performer (primary care physician) | **Bradley Shalako M DO**<br>performer |
| **Mbugua Rosalia N MD**<br>performer | **Xu David MD**<br>performer (attending physician) | **REFERRED SELF**<br>performer |
| **DESMI**<br>performer | | |

## Reason For Visit

SOB/COUGH

## Problems

| | |
|---|---|
| Suspected COVID-19 virus infection | Onset: 14-May-2020 17:41<br>DESMI |
| Pneumonia | Onset: 14-May-2020 17:41<br>DESMI |