**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **MICHAEL MOATES,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.: 4:20-cv-896-ALM-KPJ |
| **FACEBOOK INC.,** | § § | |
| Defendant. | § § § | |

**ORDER**

Pending before the Court is Plaintiff Michael Moates' ("Plaintiff") Oral Motion to Grant Leave to File Electronically as a *Pro Se* Party (the "Motion") (Dkt. 34). Upon consideration, the Court finds the Motion (Dkt. 34) is hereby **DENIED**. The Court requires parties proceeding *pro se* to either (1) file their papers in-person at the courthouse and wear a face mask, or (2) file papers through mail. The Court notes that its rule mandating that all courthouse visitors wear a mask is in place to protect the health and well-being of all individuals during the global COVID-19 pandemic. The Court will not make any exceptions to this rule.

**So ORDERED and SIGNED this 1st day of April, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE