IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-896-ALM-KPJ |
| | § | |
| FACEBOOK INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff Michael Moates' ("Plaintiff") Motion for Oral Argument on Defendants Motion to Dismiss and Motion to Transfer Venue (the "Motion") (Dkt. 29). Having reviewed the briefs filed, the Court finds oral argument unnecessary. Accordingly, the Court hereby finds Plaintiff's Motion (Dkt. 29) is **DENIED**.

**So ORDERED and SIGNED this 6th day of May, 2021.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE