

MAY 28 2021

Clerk, U.S. District Court
Eastern District of Texas

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

Mr. Michael Moates

Plaintiff

v.

Facebook Inc.

Defendant

Case No.: 4:20-cv-00896

**MOTION FOR RECUSAL**

Pursuant to 28 U.S.C. §455(a), the Plaintiff requests that Judge Johnson recuse herself from any further action in this case. The law requires "recusal of a judge in any proceeding in which his impartiality may be questioned."

The Plaintiff has concerns because Judge Johnson is a former customer[1][2] of the Defendants and has praised and promoted[3] them on social media in the past that there is a potential for bias in this case. You can also see where her Facebook synced to other social media accounts[4].

At this time, it is unclear if the judge is still subject to any contractual requirements from her contract with the Defendants when she opened her account. Given her contract with Facebook, the Plaintiff has the concerns she has a personal bias or prejudice concerning a party and personal knowledge of disputed evidentiary facts concerning the proceeding

---

1 https://twitter.com/priestjohnson/status/458980008158310400
2 https://twitter.com/priestjohnson/status/459014571374940161
3 https://twitter.com/priestjohnson/status/458711618155589632
4 https://twitter.com/search?q=%40priestjohnson%20fb.me&src=typed_query

The Plaintiff prays the court grants this request due to concerns about impartiality.

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via email pursuant to Local Rule CV-5.

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org