

U.S. DISTRICT COURT

EASTERN DISTRICT OF TEXAS

**FILED**

MAY 28 2021

Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| Mr. Michael Moates | Case No.: 4:20-cv-00896 |
| Plaintiff | |
| v. | MOTION FOR LEAVE TO |
| Facebook Inc. | WAIVE DISCOVERY |
| Defendant | CONFERENCE OR ORDER |
| | REQUIRING CONFERENCE |

On 23 May 2021, the Plaintiff emailed counsel for the Defendants requesting that we initiate a conference under Federal Rule of Civil Procedure 26. The basis of this conversation was to follow the rules of a requirement for conference prior to sending discovery requestions. The Defendants responded by declining this request.

CV-26 states "Absent a court order to the contrary, a party is **not excused from responding to discovery because there are pending motions to dismiss, to remand, or to change venue.** Parties asserting the defense of qualified immunity may submit a motion to limit discovery to those materials necessary to decide the issue of qualified immunity."

Due to the fact, that the Defendants are refusing to cooperate and due to the fact that the court rule clearly states that they are not excused from this requirement the Plaintiffs move for a waiver of this requirement. Absent, a waiver of this requirements, the Plaintiff moves for an order requiring such conference.

Case 4:20-cv-00896-ALM-KPJ   Document 44   Filed 05/28/21   Page 2 of 2 PageID #: 710

There is also a concern that a motion to compel discovery may be required as the Defendants have stated are "not required" unless "ordered." They would like the court to set a scheduling conference or order them to submit a scheduling order. The Plaintiff does not object to either of these.

_____

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via email pursuant to Local Rule CV-5.

_____

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org