IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-896-ALM-KPJ |
| | § | |
| FACEBOOK INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 28, 2021, Plaintiff filed Objections (Dkt. 45) to the Magistrate Judge's Report and Recommendation (Dkt. 42).

**IT IS ORDERED** that Defendants shall file a response, if any, to Plaintiff's Objections (Dkt. 45) no later than **June 11, 2021**.

**So ORDERED and SIGNED this 1st day of June, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE