Case 4:20-cv-00896-ALM-KPJ   Document 51   Filed 08/12/21   Page 1 of 2 PageID #: 741

# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-896-ALM-KPJ |
| FACEBOOK INC., | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On August 4, 2021, Plaintiff Michael Moates ("Plaintiff")...



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS**
United States Courthouse
7940 Preston Road
Plano, Texas 75024

**OFFICIAL BUSINESS**

RECEIVED
AUG 27 2021
Clerk, U.S. District Court
Eastern District of Texas

Michael Moates
2700 Colorado Blvd. No. 1526
Denton, TX 76201



NIXIE      750  FE 1         0008/24/21
        RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 75024236099      *2034-00419-13-40

action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.